UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS ANDRESILLO-TORRES,

    Defendant.

Case No.: 2:18-CR-261-RFB-CWH

**CONSENT OF DEFENDANT**

Defendant, **LUIS ANDRESILLO-TORRES**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Investigation Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

DATED: this 11th day of December, 2018.

APPROVED:

_____
RICHARD F. BOULWARE, II
United States District Judge